Matter of Bonner v Bonner (2024 NY Slip Op 01654)

Matter of Bonner v Bonner

2024 NY Slip Op 01654

Decided on March 22, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 22, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

240 CAF 23-00794

[*1]IN THE MATTER OF MARK J. BONNER, PETITIONER-APPELLANT,
v
VINA C. BONNER, RESPONDENT-RESPONDENT. (APPEAL NO. 1.) 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR PETITIONER-APPELLANT.
KATHARINE F. WOODS, ROCHESTER, FOR RESPONDENT-RESPONDENT. 
COURTNEY S. RADICK, OSWEGO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Jefferson County (James K. Eby, R.), entered October 31, 2022, in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Bonner v Bonner ([appeal No. 2] — AD3d — [Mar. 22, 2024] [4th Dept 2024]).
Entered: March 22, 2024
Ann Dillon Flynn
Clerk of the Court